## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Case No. 1:25-cr-217 |
| | ) | |
| SHAWN STEVEN HARRIS, | ) | 18 U.S.C. § 1343 |
| *also known as* "SHAWN MARTINEZ," | ) | Wire Fraud |
| *also known as* "SHAUN MARTINEZ," | ) | (Counts One through Seven) |
| *also known as* "ERIC SHUN," | ) | |
| *also known as* "GORDON SHUMWAY," | ) | 18 U.S.C. § 912 |
| *also known as* "SHAUN HARNESS," | ) | False Impersonation of an Officer and |
| *also known as* "SHAUN MOOR," | ) | Employee of the United States |
| *also known as* "SHAUN WOMACK," | ) | (Count Eight) |
| | ) | |
| *Defendant.* | ) | Forfeiture Notice |
| | ) | |

### INDICTMENT

July 2025 Term – at Alexandria, Virginia.

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

1. Defendant HARRIS was a resident of Alexandria, Virginia.

2. HARRIS was never an officer, agent, or employee of any component of the United States government, including any law enforcement, intelligence, and national security agency. HARRIS never worked as an undercover agent on behalf of any United States governmental body.

3. At all times relevant to the Indictment, HARRIS had an outstanding warrant for his arrest. HARRIS's status as a fugitive precluded employment with the United States government.

4.     HARRIS was active on various online dating and social media websites, cultivating contacts with female victims through these sites. HARRIS used various alias names, including: Shawn Martinez, Shaun Martinez, Eric Shun, Gordon Shumway, Shaun Harness, Shaun Moor, and Shaun Womack.

## COUNTS ONE THROUGH SEVEN
(Wire Fraud)

At all times material to this Indictment, unless stated otherwise, all dates being on or about the date alleged, and all dollar amounts being approximate:

### SCHEME AND ARTIFICE TO DEFRAUD

5.     From at least in or about October 2019, and continuing through at least in or about November 2021, in the Eastern District of Virginia and elsewhere, defendant

**SHAWN STEVEN HARRIS,**
**also known as "SHAWN MARTINEZ,"**
**also known as "SHAUN MARTINEZ,"**
**also known as "ERIC SHUN,"**
**also known as "GORDON SHUMWAY,"**
**also known as "SHAUN HARNESS,"**
**also known as "SHAUN MOOR,"**
**also known as "SHAUN WOMACK,"**

knowingly, unlawfully, and with intent to defraud, executed and attempted to execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing this scheme, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce certain signals and sounds, in violation of Title 18, United States Code, Section 1343.

6.     It was the purpose of the scheme and artifice to defraud for HARRIS to unlawfully enrich himself by, among other things: (a) pretending to be an employee of the United States; (b) obtaining monies belonging to victims (namely, various women HARRIS met

on online dating sites) with false promises that such monies would be reimbursed (by HARRIS and with governmental funds); (c) failing to reimburse his victims while lulling his victims into making additional payments; (d) concealing the fraud from his victims and from governmental authorities; and (e) concealing his true identity, which would have tended to reveal to victims that HARRIS was a fugitive from justice, not a governmental employee.

### WAYS, MANNER AND MEANS

7. To achieve the above-described scheme and artifice to defraud, HARRIS engaged in the following conduct in the Eastern District of Virginia and elsewhere:

8. HARRIS met at least four female victims on online dating sites (hereafter, Victim 1, Victim 2, Victim 3, and Victim 4). In his conversations with each victim, HARRIS pretended to be an employee and agent of the United States government. HARRIS did not disclose his real name to any of the victims, using alias names in his interactions with them.

9. HARRIS took money from his victims (*e.g.*, by spending their credit cards) with false promises that such monies would be reimbursed by HARRIS and/or the United States government. HARRIS further represented that victims would be compensated with various things of value, including: (1) pet dogs; (2) the elimination of student loan debts; (3) reimbursement of funds that HARRIS spent; and (4) houses, automobiles, and paid moving expenses. In truth and in fact, as HARRIS well knew, HARRIS had no intention to provide his victims with any such compensation and had no ability to procure the same for his victims from the United States government.

*Fraudulent Representations to Victim 1*

10. In or about October 2019, HARRIS met Victim 1 on an online dating site, Bumble. HARRIS falsely represented his name as "Shawn Martinez." In the ensuing months,

HARRIS falsely represented to Victim 1 that he had held various federal jobs – previously with the U.S. Treasury Department and U.S State Department, then with the U.S. Defense Intelligence Agency, and lastly with the Central Intelligence Agency ("CIA") working undercover at a consulting firm, Company 1. HARRIS falsely told Victim 1 that his position at the CIA was spelled with five letters, beginning with an "A," and that his colleagues were "agents" at the CIA.

11. After they became romantically involved, HARRIS asked Victim 1 to pay the expenses for his purported overseas government missions with her credit cards, falsely promising that Harris and/or the U.S. government would reimburse Victim 1. HARRIS first began incurring expenses on Victim 1's credit cards in or about October 2019, and continued to incur expenses until at least November 2021. Thereafter, HARRIS became an authorized user on Victim 1's Capital One Financial Corporation ("Capital One") credit card account, resulting in HARRIS obtaining his own physical credit card (card ending in -2966) in the name of "Shawn Martinez" linked to Victim 1's account in or about December 2019. Expenses paid with this Capital One credit card ending in -2966 were at all times the sole financial responsibility of Victim 1.

12. On numerous occasions, HARRIS promised Victim 1 reimbursement for money he took from her:

    a. As an illustrative example, on or about December 11, 2019, Victim 1 told HARRIS via text message: "Stop racking up monies on my credit card mister!" HARRIS represented, "It's not racking up. It's a trial lady. And I'm paying for all of this." Victim 1 replied, "You best be. I'm broke as broke back mountain."

       HARRIS concluded the exchange by stating: "Wouldn't be doing it if I wasn't paying for it."

b. As another illustrative example, on or about December 12, 2019, HARRIS further promised to "pay off [Victim 1's] AMEX and pay for my part of the venture [Capital One credit card] through reimbursements and my own money [and] [c]ontribute 1200 a month to your upkeep [a]nd then put 1,000 a month in a general pot for us to share for travel and stuff we want to do."

c. On or about December 26, 2019, when informed that Victim 1's Capital One credit card was reaching its limit, HARRIS stated, "I will be paying it." Then, HARRIS stated that "reimbursements" would be available "between the 5th to the 10th. . . Or we can try and pay now and then I cover it with reimbursement and the 401 K I'm opening."

d. On or about January 13, 2020, when informed that Victim 1's Capital One credit card had reached its limit, HARRIS stated that he would have these expenses reimbursed "thoroughly."

e. On or about February 28, 2020, after Victim 1 told HARRIS that her "Amex is $200 away from maxing our [sic]," HARRIS responded by relaying a purported message from his employer that the employer was "responsible totally for all cost you have accrued . . . [and would] reimburse everything you have used for work and lifestyle from that point."

f. On or about March 26, 2020, HARRIS told Victim 1, that he was waiting for "appropriations" from the "National Security Act . . . [a]nd then I can send you some money [a]nd then our extra reimburse comes." In truth and in fact, as

HARRIS well knew, no legislation pending had any bearing on reimbursements to Victim 1

g. On or about March 30, 2020, HARRIS falsely represented that his reimbursements to Victim 1 were "earmarked" within stimulus package. (The COVID-19 related CARES Act was signed into law on March 27, 2020.) As he well knew, no legislation had any bearing on reimbursements to Victim 1

h. On or about April 19, 2020, when Victim 1 informed HARRIS that she was considering taking money out of her 401(K)-retirement account to pay down credit cards used by HARRIS, HARRIS responded, "If you take out your 401K. I will have the gov pay the fucking Penalty." In truth and in fact, as HARRIS well knew, he had no ability to make the United States government reimburse Victim 1 for anything.

i. On or about January 23, 2021, Victim 1 asked, "Am I gonna get reimbursed for your spending? Idk how much longer I can be in forbearance with SoFi." HARRIS responded, "Yes." HARRIS, representing himself as HARRIS's assistant then promised "we're processing everyone for 50K."

j. On or about February 21, 2021, HARRIS promised: "Reimbursement is coming for everything." HARRIS further falsely promised that the government would purchase Victim 1 a corgi.

k. On or about March 3, 2021, HARRIS, acting as HARRIS's assistant, told Victim 1, "I'm authorized to pay off 86 thousand of your student loans and 56 K of [HARRIS's]." HARRIS further represented: "So the stimulus package is going to help us pay off y'all debts. . . Most of our stuff is in appropriations and we get this

money and that goes to other stuff to pay off this." In truth and in fact, as HARRIS well knew, no legislation pending before the United States Congress would reimburse Victim 1 for anything.

l.  On or about July 27, 2021, Victim 1 asked HARRIS: "Am I getting reimbursed for [HARRIS's] spending. Amex is getting close to maxing and cap one is maxed out." HARRIS, purporting to be HARRIS's assistant, represented: "It's [HARRIS's] spending for work. Yes you will. Also how much is remaining and how can we maneuver to keep things good right now. Cause this is the last week or so of the missions." After Victim 1 responded that there was $4,000 left, HARRIS stated, "A lot of that is for the actual work mission. We won't go over that. It will be reimbursed." When Victim 1 asked the reason why "shopping at bloomies [Bloomingdale's] is for his work mission," HARRIS responded, "It's a Russian Reason . . . They're using clothing and other things as a front and Only Fans for human trafficking and weapons sales. Thru escorts and others." In truth and in fact, as HARRIS well knew, HARRIS had no work with the United States government involving using clothing stores and OnlyFans (an internet content subscription service) as "fronts," and involving human trafficking and Russians actors.

m.  On or about October 19, 2021, HARRIS, representing himself as HARRIS's assistant, promised to recompense Victim 1 in installment payments.

13. On several occasions, to make the scheme and artifice to defraud more effective, HARRIS represented that he had official roles with the United States government, including:

a. On or about November 6, 2019, when Victim 1 asked about HARRIS's employment, HARRIS falsely represented, "I work for the gov."

b. On or about December 18, 2019, the date the United States House of Representatives impeached the President, HARRIS falsely represented to Victim 1 that he was involved with the proceedings. In truth and in fact, as HARRIS well knew, he had no role.

c. On or about February 26, 2020, HARRIS falsely represented that he had a "huge bust tomorrow and press conference." In truth and in fact, as HARRIS well knew, he had no involvement with any law enforcement activity.

d. HARRIS told Victim 1 that he was employed by the CIA and had a cover job at consulting firm, Company 1. HARRIS never worked for the CIA or for Company 1.

e. On or about October 8, 2020, HARRIS, purporting to be one of HARRIS's assistant, told Victim 1 of HARRIS's employment: "This is off the record. He's an a---t. Take that and erase that." Then, HARRIS clarified, "Alphabet Boy . . . Yes cover under. Very dangerous stuff." In truth and in fact, HARRIS was never a part of any of the "alphabet agencies" of the United States government and was never an "agent" of any governmental body or working undercover.

f. On or about March 21, 2021, HARRIS, purporting to be HARRIS's assistant, told Victim 1 that HARRIS "is almost done with his undercover case." In truth and in fact, HARRIS was never "undercover" with any governmental entity.

g. On or about April 2, 2021, HARRIS, purporting to be HARRIS's assistant, told Victim 1 that HARRIS is "still trying to crack this case and be undercover." The

next day, on April 3, 2021, HARRIS, purporting to be HARRIS's assistant, told Victim 1: "All of this undercover and money he's had to spend and you've been there. We've cracked five cases. We lost yesterday. So that's hell and the immigrant crisis . . . So this will end very soon and we're accountable for everything. Sworn to all of it. And everything you've sacrificed is deeply in process of being taken care of then some." In truth and in fact, HARRIS was never undercover with any governmental entity.

    h. On or about July 11, 2021, HARRIS, purporting to be HARRIS's assistant, told S.L that HARRIS was "a part of getting the troops together to get in [to Haiti] for safety." In truth and in fact, HARRIS had no involvement with any military mission in Haiti.

14. HARRIS on numerous occasions sought to conceal his wrongdoing from discovery. For instance, on or about August 30, 2020, Victim 1 informed HARRIS (who was pretending in the conversation to be HARRIS's assistant at the CIA in possession of HARRIS's phone): "I told my sister we're moving and she got me all paranoid that Shawns not who he says he is and stuff since I can't tell them any specific details." HARRIS (acting as HARRIS's assistant) replied: "It's best to keep things close to you. Don't speak too much. This is now a problem. You should not say anything to anyone."

15. HARRIS never reimbursed Victim 1.

*Fraudulent Representations to Victim 2*

16. In or about February 2020, HARRIS met Victim 2, a single mother of two children, on Bumble, an online dating site. HARRIS falsely represented his name as "Shawn

Martinez." HARRIS falsely represented to Victim 2 that he worked as a federal employee at the CIA and that he worked in undercover roles.

17. After they became romantically involved, HARRIS asked Victim 2 to use her personal credit card to make work-related purchases, stating that he needed to make some immediate expenditures to support his purported undercover activity. To induce Victim 2 to provide HARRIS with the funds, HARRIS made false promises that the United States government would fully reimburse Victim 2 for all expenses incurred. Victim 2 gave HARRIS access to her Chase Bank credit card in or about May 2020.

18. On numerous occasions, to lull Victim 2 into a false sense of security and continue his fraud scheme, HARRIS promised Victim 2 governmental reimbursement for money he took from her:

   a. As an illustrative example, on or about July 16, 2020, Victim 2 told HARRIS via text message: "Hey not to bother you [b]ut I'm low on cash [i]n my account [a]nd I was wondering when you're getting reimbursed. . . I need to pay for the virtual homeschool." HARRIS responded, "Within the next few days or next week. Or I will pay for the virtual homeschool out of my own pocket." Victim 2 responded, "Lol wow the govt is really dragging it's feet."

   b. On July 21, 2020, HARRIS represented, "I got approved to give you 50 K." HARRIS went on to promise: "I can now on August 20th, 2020 take care of your whole life and give you relief. . . In all ways." When Victim 2 asked, "Why that date," HARRIS responded: "Cause that's when it's official. . . I can give you money freely and take care of you and the kids. Pay you back everything for CC and give you things freely without any worries. I'm authorized to give you 50K

    back and I can take care of the kids and give you money monthly to make sure you're good until you move in with me."

c. On July 24, 2020, Victim 2 told HARRIS, "But I honestly just want the cc p[ai]d," and HARRIS responded: "That's not an issue . . . I'm paying money on that at the end of the week next week and then giving you more money. . . I miss you. . . Literally this shit sucks. . . I have to go deep under."

d. On August 1, 2020, Victim 2 told HARRIS: "The card is almost at the max." HARRIS responded that he "ha[s] to use it undercover to buy things and replenish and then pay it off." HARRIS continued, "How much is left on there. So I know what to put forward. Cause my last big work stuff was gonna happen . . . And they were gonna pay it all off and then some."

e. On September 11, 2020, after being told that Victim 2 had to dip into her retirement account to pay the credit card, HARRIS told Victim 2, "We're gonna reimburse for the card."

f. On January 20, 2021, Victim 2 asked HARRIS (who was pretending to be the defendant's sister in possession of his phone): "I know it doesn't matter to you and it may not seem like a big deal but I do need clarity . . . . Why did he ignore my need for the reimbursement?" On February 9, 2021, HARRIS responded, "He will address you next week. He wants to meet up with you." Victim 2 responded: "Really . . . After 8 months. . . This is not compensation . . . This is reimbursement . . . Does he get this? I know he doesn't give a shit about me. . . But fuck where his sense of morality. . . The fact I have to beg to get reimbursed is sad. . . Fuck all that stm was was fucking takeout every night. . . Shopping

sprees at Bloomingdales. . . Fucking bought 7 pairs of sneakers. . . The funny part is he bragged about being rich . . .401ks and real estate rental properties . . . And he's struggling to pay back 15k???!?! Somethings not adding up. . . Seriously who takes advantage of a single mom. . . Honestly if u don't respect me enough to either reimburse me." On February 11, 2021, HARRIS continued: "He will reimburse. . . I will reach out. . .Until then, please stop with this."

19. On October 19, 2020, Victim 2 told HARRIS that he could no longer use her card, because Victim 2, was "already at [her] limit . . .[A]nd I don't have a 401K to dip into." HARRIS responded that reimbursement "will happen very soon." Yet, HARRIS continued to spend money on Victim 2's credit card.

20. HARRIS spent fraudulently obtained funds from Victim 2 on luxury shopping, ride sharing services, electronics, food delivery, and for purchases at OnlyFans.

21. HARRIS never reimbursed Victim 2.

*Fraudulent Representations to Victim 3*

22. In or about June 2019, HARRIS met Victim 3, on Bumble, an online dating site. HARRIS assumed the false name "Shaun Martinez" for this correspondence. HARRIS falsely represented to Victim 3 that he worked for the U.S. Defense Intelligence Agency.

23. After they became romantically involved, HARRIS used Victim 3's credit cards on occasion without Victim 3's consent and on other occasions with Victim 3's consent. When Victim 3 confronted HARRIS about a use of her credit card without consent, HARRIS falsely stated that the purchases were made in conduction with official business for the DIA, which would reimburse the spending.

24. HARRIS never reimbursed Victim 3.

*Fraudulent Representations to Victim 4*

25.     In or about October 2020, HARRIS met Victim 4 on an online dating site, Bumble. HARRIS falsely represented his name as "Shawn Martinez." In the ensuing months HARRIS falsely represented to Victim 4 that he worked for the federal government for the "Alphabet Agencies." HARRIS represented himself as a law enforcement official and spoke specifically of working for the U.S. Department of Defense, Federal Bureau of Investigation, and the CIA.

26.     On numerous occasions, HARRIS induced Victim 4 to purchase clothing for HARRIS, with false promises that these purchases would be reimbursed by HARRIS and/or the federal government.

27.     On occasion, HARRIS made purchases for Victim 4 using Capital One credit card in the name of "Shawn Martinez" ending in -2966, linked to the financial account of Victim 1. At times, HARRIS even gave Victim 4 the Capital One credit card ending in -2966, representing it as HARRIS's own credit card and deliberately withholding from Victim 4 information that purchases on the credit card would be the financial responsibility of Victim 1. Nor did HARRIS ever obtain permission from Victim 1 to use the credit card for these expenses. For instance, on or about December 24, 2020, HARRIS told Victim 4 to "treat herself" to a manicure, spa day appointment, and to purchase everything needed to make a Christmas dinner. On or about December 24, 2020, Victim 4 thereafter used the Capital One credit card ending in -2966 to purchase an $80 manicure at Lady's Nails Spa in Washington D.C. and to purchase various groceries. On or about December 27, 2020, Victim 4 used the same credit card to purchase $90 worth of services at Capital Blossom Day Spa in Washington D.C.

28.     HARRIS never reimbursed Victim 4.

### EXECUTIONS OF THE SCHEME AND ARTIFICE TO DEFRAUD

29. On or about the below-listed dates, within the Eastern District of Virginia and elsewhere,

**SHAWN STEVEN HARRIS,**
also known as "SHAWN MARTINEZ,"
also known as "SHAUN MARTINEZ,"
also known as "ERIC SHUN,"
also known as "GORDON SHUMWAY,"
also known as "SHAUN HARNESS,"
also known as "SHAUN MOOR,"
also known as "SHAUN WOMACK,"

for the purpose of executing the above-described scheme and artifice to defraud, knowingly transmitted and caused to be transmitted by wire communication in interstate and foreign commerce, the following wire transmissions, each count being a separate offense:

| Count | On or About Date | Wire Transmission |
|---|---|---|
| 1 | August 1, 2020 | $291.50 purchase transaction at Bloomingdale's in Tysons Corner, Virginia charged to the JPMorgan Chase & Co. credit card ending in -5677 in the name of Victim 2, which caused an electronic transmission from the Eastern District of Virginia to servers located outside of Virginia. |
| 2 | July 16, 2021 | $621.60 purchase transaction at Bloomingdale's in Tysons Corner, Virginia charged to the American Express credit card ending in -2003 in the name of Victim 1, which caused an electronic transmission from the Eastern District of Virginia to servers located outside of Virginia. |
| 3 | July 30, 2021 | $710.20 purchase transaction at Bloomingdale's in Tysons Corner, Virginia charged to the American Express credit card ending in -2003 in the name of Victim 1, which caused an electronic transmission from the Eastern District of Virginia to servers located outside of Virginia. |
| 4 | July 30, 2021 | $242.20 purchase transaction at Bloomingdale's in Tysons Corner, Virginia charged to the American Express credit card ending in -2003 in the name of Victim 1, which caused an electronic transmission from the Eastern District of Virginia to servers located outside of Virginia. |
| 5 | August 2, 2021 | $651.90 purchase transaction at Bloomingdale's in Tysons Corner, Virginia charged to the American Express credit |

| | | |
|---|---|---|
| | | card ending in -2003 in the name of Victim 1, which caused an electronic transmission from the Eastern District of Virginia to servers located outside of Virginia. |
| 6 | August 7, 2021 | $747.74 purchase transaction at Bloomingdale's in Tysons Corner, Virginia charged to the American Express credit card ending in -2003 in the name of Victim 1, which caused an electronic transmission from the Eastern District of Virginia to servers located outside of Virginia. |
| 7 | August 10, 2021 | $543.60 purchase transaction at Bloomingdale's in Tysons Corner, Virginia charged to the American Express credit card ending in -2003 in the name of Victim 1, which caused an electronic transmission from the Eastern District of Virginia to servers located outside of Virginia. |

(All in violation of Title 18, United States Code, Sections 1343 and 2.)

## COUNT EIGHT
(False Impersonation of an Officer and Employee of the United States)

THE GRAND JURY FURTHER CHARGES THAT:

30. The preceding paragraphs 1 through 4 and sub-paragraph 12(l) are incorporated by reference as though set forth in full here.

31. On or about July 27, 2021, in the Eastern District of Virginia, the defendant,

**SHAWN STEVEN HARRIS,**
*also known as* **"SHAWN MARTINEZ,"**
*also known as* **"SHAUN MARTINEZ,"**
*also known as* **"ERIC SHUN,"**
*also known as* **"GORDON SHUMWAY,"**
*also known as* **"SHAUN HARNESS,"**
*also known as* **"SHAUN MOOR,"**
*also known as* **"SHAUN WOMACK,"**

did falsely pretend to be an officer and employee acting under the authority of the United States and any department, agency, and officer thereof, to Victim 1, and acted as such. Specifically, HARRIS asserted authority to procure governmental reimbursements for monies HARRIS spent by virtue of his pretended government role.

(In violation of Title 18, United States Code, Section 912)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant is hereby notified that if convicted of any of the offenses set forth in Counts One through Seven of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Pursuant to 21 U.S.C. § 853(p), the defendant shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(All in accordance with Title 18, United States Code, Sections 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); and Federal Rule of Criminal Procedure 32.2(a).)

A TRUE BILL:

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON_____

ERIK S. SIEBERT
UNITED STATES ATTORNEY

_____
Avi Panth
Assistant United States Attorney