## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-217 |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN STEVEN HARRIS, | ) | |
| *also known as* "SHAWN MARTINEZ," | ) | |
| *also known as* "SHAUN MARTINEZ," | ) | |
| *also known as* "ERIC SHUN," | ) | |
| *also known as* "GORDON SHUMWAY," | ) | |
| *also known as* "SHAUN HARNESS," | ) | |
| *also known as* "SHAUN MOOR," | ) | |
| *also known as* "SHAUN WOMACK," | ) | |
| *also known as* "SHAWN TOROSSIAN," | ) | |
| | ) | |
| *Defendant*. | ) | |

## MOTION TO DISMISS INDICTMENT

On August 8, 2025, the Federal Bureau of Investigation sought to apprehend the defendant based on the arrest warrant generated from this case. To evade capture, the defendant jumped off the 15th floor of a residential building in Alexandria, Virginia and killed himself. Accordingly, United States of America moves to dismiss the Indictment without prejudice.

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____/s/_____

Avi Panth
VA Bar No. 92450
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
Phone: (804) 819-5400
Fax: (703) 299-3982
Email: avishek.panth@usdoj.gov