IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:25-cr-217 |
| v. | ) |
| SHAWN STEVEN HARRIS, | ) |
| *Defendant.* | ) |

### ORDER

Before the Court is the Motion to Dismiss the Indictment Without Prejudice (ECF No. 10) filed by the United States. Having considered the Motion, and for good cause shown, it is hereby ORDERED that the Motion to Dismiss the Indictment ~~Without Prejudice~~ /LMB/ (ECF No. 10) is granted.

It is so ORDERED.

Alexandria, Virginia
Date: 8/13/25

/s/ /LMB/
Leonie M. Brinkema
United States District Judge